UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1737 FMO (KKx) | Date | May 1, 2015 |
|---|---|---|---|
| Title | Jorge Salas v. American Air Filter Company, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions

In its Scheduling and Case Management Order Re: Jury Trial, the court ordered that the parties shall complete their settlement conference before the mediation panel pursuant to ADR Procedure No. 2 no later than April 20, 2015. (See Court's Order of October 21, 2015). The court has reviewed and considered the parties' status reports regarding mediation and determined that the parties have not complied with the court's order.

Accordingly, IT IS ORDERED THAT counsel for the parties shall show cause at a hearing in Courtroom 22 in the Spring Street Courthouse on **May 7, 2015 at 10:00 a.m.** as to why the court should not impose sanctions for failure to comply with the court's order.

| | Initials of Preparer | vdr |
|---|---|---|