**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALAS <br><br>             Plaintiff(s), <br><br>      v. <br><br> AMERICAN AIR FILTER COMPANY, INC. , et al. <br><br><br><br><br>             Defendant(s). | CASE NO: <br> 5:14−cv−01737−FMO−KK <br><br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

       Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

      **IT IS SO ORDERED.**

DATED: May 18, 2015            _/s/ Fernando M. Olguin_
                                    Fernando M. Olguin
                                    United States District Judge